Nov. Term,
1861.

HIGHNOTE
v.
VICKERY.

*E. Dumont* and *J. T. Brown*, for the appellee.

---

HIGHNOTE *v.* VICKERY and Others.

*Friday,*
*November* 29.

APPEAL from the *Morgan* Circuit Court.

*Per Curiam.*—Suit commenced before a justice. Judgment for defendants. Appeal by plaintiff. Judgment in the Circuit Court for plaintiff, for two dollars damages, and two dollars costs. Motion, by the plaintiff, that judgment be

entered in his favor, for full costs.    Motion overruled.    The <span>Nov. Term,</span>
record does not contain the evidence.    We are of opinion <span>1861.</span>
that the motion, as to costs, should have been sustained.

The judgment, as to costs, is reversed.    Cause remanded, &c.

*C. C. Nave*, and *Burns & Glesner*, for the appellant.

*William R. Harrison*, for the appellees.